

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Phillip Jason Tong,          * From the 106th District Court
of Gaines County,
Trial Court No. 15-05-17045.

No. 11-15-00129-CV          * August 6, 2015

         * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered the State of Texas's motion for dismissal of this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the State of Texas.